```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFTY MORALES,

            Plaintiff,

-against-

TOTAL QUALITY LOGISTICS, LLC and "John Doe", First and Last names being unknown,

            Defendants.

1:22-cv-01969-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a Summons and Complaint in the Supreme Court of the State of New York, Bronx County. [ECF No. 1]. The Complaint named as Defendants, Total Quality Logistics, LLC and a "John Doe," who Plaintiff alleged was employed by Defendant Total Quality Logistics, LLC. [ECF No. 1-1]. Defendant Total Quality Logistics, LLC removed this case to this Court. [ECF No. 1].

Plaintiff and Defendant Total Quality Logistics, LLC have filed a Stipulation of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii) [ECF No. 5], which states that a plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Only Plaintiff and Defendant Total Quality Logistics, LLC have appeared in this action.

As such, Plaintiff is directed to file a letter, no later than March 22, 2022, advising the Court whether he also seeks to dismiss his claims against Defendant "John Doe" pursuant to Federal Rule 41(a)(1)(A)(i). Failure to do so may result in dismissal of this action.

**SO ORDERED.**

**Date:  March 15, 2022**
**New York, NY**

                                                                   *[signature: Mary Kay Vyskocil]*
                                                                   **MARY KAY VYSKOCIL**
                                                                   **United States District Judge**